UNITED STATES DISTRICT COURT
for the
DISTRICT OF VERMONT

| | |
|---|---|
| ESTATE OF MOLLIE ROSE LOFTIE, by NANCY HOLCOMB, her mother and Administrator,<br>　　　　　　Plaintiff<br>　　v.<br><br>GEICO GENERAL INSURANCE COMPANY and PEERLESS INSURANCE COMPANY, a member of LIBERTY MUTUAL GROUP,<br>　　　　　　Defendants | Case No.: 2:14 cv 259 - wks |

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

WHEREAS THE PLAINTIFF, Estate of Mollie Loftie, has reached a settlement with Defendant GEICO GENERAL INSURANCE COMPANY, and wishes to dismiss the portions of this action pertaining to GEICO with prejudice;

NOW THEREFORE, it is STIPULATED by and between the parties hereto through their respective counsel that pursuant to Federal Rules of Civil Procedure 41(a), all claims against GEICO are dismissed with prejudice pursuant to the terms outlined above, and with permission of the Court.

　　　　DATED March 17, 2015.

　　　　　　　　　　　　　　　　By:  /s/ *James G. Levins*, Esquire
　　　　　　　　　　　　　　　　　　Tepper Dardeck Levins & Mann, LLP
　　　　　　　　　　　　　　　　　　73 Center Street
　　　　　　　　　　　　　　　　　　Rutland, VT  05701
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　jlevins@tdlmlaw.com
　　　　　　　　　　　　　　　　　　802 775-4361


SO ORDERED:　_____
　　　　　　　　Hon. William K. Sessions, United States District Court Judge