UNITED STATES DISTRICT COURT
for the
DISTRICT OF VERMONT

| | |
|---|---|
| ESTATE OF MOLLIE ROSE LOFTIE, by ) <br> NANCY HOLCOMB, her mother and ) <br> Administrator, ) <br>                 Plaintiff ) <br>       v.                   ) <br>                               ) <br> GEICO GENERAL INSURANCE ) <br> COMPANY and PEERLESS INSURANCE ) <br> COMPANY, a member of LIBERTY ) <br> MUTUAL GROUP, ) <br>                 Defendants ) | Case No.: 2:14 cv 259 - wks |

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

WHEREAS THE PLAINTIFF, Estate of Mollie Loftie, has reached a settlement with Defendant GEICO GENERAL INSURANCE COMPANY, and wishes to dismiss the portions of this action pertaining to GEICO with prejudice;

NOW THEREFORE, it is STIPULATED by and between the parties hereto through their respective counsel that pursuant to Federal Rules of Civil Procedure 41(a), all claims against GEICO are dismissed with prejudice pursuant to the terms outlined above, and with permission of the Court.

DATED March 17, 2015.

By: /s/ *James G. Levins*, Esquire
Tepper Dardeck Levins & Mann, LLP
73 Center Street
Rutland, VT  05701
Attorney for Plaintiff
jlevins@tdlmlaw.com
802 775-4361

SO ORDERED:  /s/ William K. Sessions III
Hon. William K. Sessions
United States District Court Judge   June 5, 2015