UNITED STATES DISTRICT COURT
for the
DISTRICT OF VERMONT

| | |
|---|---|
| ESTATE OF MOLLIE ROSE LOFTIE, by ) <br> NANCY HOLCOMB, her mother and ) <br> Administrator, ) <br>               Plaintiff ) <br> **v.** ) <br> ) <br> GEICO GENERAL INSURANCE ) <br> COMPANY and PEERLESS INSURANCE ) <br> COMPANY, a member of LIBERTY ) <br> MUTUAL GROUP, ) <br>               Defendants ) | Case No.: 2:14 cv 259 - wks |

**NOTICE OF DISMISSAL**

WHEREAS THE PLAINTIFF, Defendant PEERLESS INSURANE COMPANY a member of LIBERTY MUTUAL GROUP (hereafter LIBERTY) has not served an answer nor a motion for summary judgment;

PLAINTIFF Estate of Mollie Loftie hereby files this Notice Of Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) which will result in a Voluntary Dismissal of the claim.

DATED June 8, 2015.

By:   /s/ *James G. Levins*, Esquire
       Tepper Dardeck Levins & Mann, LLP
       73 Center Street
       Rutland, VT  05701
       Attorney for Plaintiff
       jlevins@tdlmlaw.com
       802 775-4361